## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Deborah Vigeant, Rhonda Wood, Elizabeth Millane, Douglas Eckelbecker, Amanda Eckelbecker, Rodney Uting, and Lawrence Anderson, and all other individuals similarly situated, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-577 JNE/TNL |
| Michael Meek, Paul Harmel, P. Robert Larson, Donald Goldfus, John Anderson, Bruce Nicholson, Bernie Alrich, Ted Koenecke, Glenn Elo, Newport Trust Company, and Lifetouch Inc., | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants Lifetouch, Board of Directors and Trustees' motion to dismiss [ECF No. 56] is GRANTED.
2. Defendant Newport Trusts' motion to dismiss [ECF No. 50] is DENIED AS MOOT.
3. This action is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| Date: 11/8/2018 | KATE M. FOGARTY, CLERK |
| | s/Katie Thompson |
| | (By)   Katie Thompson, Deputy Clerk |

CASE 0:18-cv-00577-JNE-TNL   Doc. 83   Filed 11/08/18   Page 2 of 2